UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G.V.,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendant. | Case No.: 22-CV-407 JLS (RBB)<br><br>**ORDER DENYING AS MOOT JOINT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**<br><br>(ECF No. 18) |

Presently before the Court is the Parties' Joint Motion to Extend Time for Filing Responsive Pleading ("Joint Mot.," ECF No. 18). In light of Defendant U.S. Immigration and Customs Enforcement's subsequently filed Answer to Complaint (ECF No. 19), the Court **DENIES AS MOOT** the Joint Motion.

**IT IS SO ORDERED.**

Dated: September 19, 2022

Hon. Janis L. Sammartino
United States District Judge