UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G.V.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>　　　　　　　　　　Defendant. | Case No.: 22-CV-407 JLS (RBB)<br><br>**ORDER GRANTING APPLICATION TO WITHDRAW ANNIE DAHER AS COUNSEL OF RECORD FOR THE PLAINTIFF**<br><br>(ECF No. 22) |

　　　　Presently before the Court is Plaintiff E.G.V.'s Application to Withdraw Annie Daher as Counsel of Record for the Plaintiff ("Appl.," ECF No. 22).  Plaintiff will continue to be represented in this matter, and Defendant U.S. Immigration and Customs Enforcement does not object to the withdrawal.  *Id.* at 1.  Accordingly, good cause appearing, the Court **GRANTS** the Application.  The Clerk of the Court **SHALL UPDATE** the Docket accordingly.

　　　　**IT IS SO ORDERED.**

Dated:  November 3, 2022

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge